```
DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
BENJAMIN BUDOFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN BUDOFF, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. Cr.S-08-0116 FCD <br><br> WAIVER OF DEFENDANT'S PRESENCE |

    Defendant BENJAMIN BUDOFF hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the court to proceed is his absence which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Dwight M. Samuel, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in him absence.

    Defendant further acknowledges that he has been informed of his rights under Title 18

1  U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes his attorney to set times
2  and dates under that Act without defendant being present.
3
4  DATED: May 21, 2008
5
6                                          /s/Benjamin Budoff
                                            BENJAMIN BUDOFF
7  APPROVED: May 21, 2008
8
9                                          /s/Dwight M. Samuel
                                            DWIGHT M. SAMUEL
10                                         Attorney for Defendant
                                            Benjamin Budoff
11
12
13  IT IS SO ORDERED.
14
    Dated: May 22, 2008
15
                                            _____
16                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28