1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  DwightSamuelAtty@yahoo.com
   916-447-1193
4
   Attorney for Defendant
5  BENJAMIN BUDOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. Cr.S-08-0116 FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WAIVER OF DEFENDANT |
| | ) | BUDOFF'S PRESENCE |
| BENJAMIN BUDOFF, | ) | APPEARANCE AT MARCH 5, 2010 |
| | ) | P.I.A. (F.R.C.P. 10(b)) |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Fed.R.Crim.P. 10(b), defendant BENJAMIN BUDOFF hereby waives his right to be present at the March 5, 2010, arraignment on the first superseding indictment in this matter.

Defendant has received a copy of the superseding indictment and requests the Court to proceed as if he were there to personally plead not guilty.

Dated: March 1, 2010

/s/Benjamin Budoff
BENJAMIN BUDOFF
(Original retained by attorney)

1    I concur in Mr. Budoff's decision to waive his presence at arraignment upon the first
2 superseding indictment in this matter.
3 Dated: March 1, 2010

/s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
Benjamin Budoff

IT IS SO ORDERED.

Dated: March 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE