DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
BENJAMIN BUDOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN BUDOFF, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 08-CR-116 KJM <br><br> APPLICATION FOR TRANSPORTATION, SUBSISTENCE, AND LODGING [PROPOSED] ORDER; ORDER FOR TRANSPORTATION, SUBSISTENCE, AND LODGING PURSUANT TO 18 U.S.C. 4285 |

**Procedural History**

In this matter, it is anticipated that defendant Benjamin Budoff's hearing on pre-trial motions in limine will be held on September 6, 2013, at 9:00 a.m. as stated by the court on July 31, 2013, by the Honorable United States District Judge Kimberly J. Mueller. Mr. Budoff's jury trial is set to commence on Monday, September 9, 2013 at 9:00 a.m. and is expected to last approximately four weeks. Mr. Budoff's personal appearance is required at trial and only 2 days separate the hearing on pre-trial motions in limine and jury trial. Additionally, it is important that Mr. Budoff be present in Sacramento the week prior to trial in order to meet and confer with counsel in preparation for trial. Mr. Budoff resides in Colorado Springs, Colorado, is indigent and unable to afford transportation to Sacramento, California, where his personal appearance is required for trial, nor does he has funds for subsistence and lodging during the time period set for

trial.

**Application**

Application is hereby made for an Order for transportation, subsistence, and lodging for defendant Benjamin Budoff to enable him to attend the pre-trial motions in limine hearing in the above-referenced matter scheduled for September 6, 2013, at 9:00 a.m. before the Honorable Kimberly J. Mueller, through the completion of jury trial, which is expected to last approximately four weeks.

Mr. Budoff has advised counsel that he is unable to afford travel, subsistence, and lodging from September 5, 2013, through the completion of an expected four week jury trial. As such, Mr. Budoff is requesting an Order authorizing the following:

1. Mr. Budoff is requesting an Order authorizing the arrangement of transportation for his one-way travel from Colorado Springs, Colorado, to Sacramento, California, on September 5, 2013, so that he may confer with counsel after his arrival and before the pre-trial motions in limine hearing on September 6, 2013, and the commencement of his jury trial on September 9, 2013, pursuant to 18 U.S.C. Section 4285.

2. Mr. Budoff is requesting an Order authorizing the payment of money for subsistence and lodging from September 5, 2013, through October 4, 2013, which is the expected completion of his jury trial; not to exceed the per diem amount authorized under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

3. Mr. Budoff is requesting an Order authorizing the arrangement of transportation for his one-way travel after jury trial from Sacramento, California, to Colorado Springs, Colorado, at a date to be determined, pursuant to 18 U.S.C. Section 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Benjamin Budoff means of noncustodial transportation or furnish the fare for such transportation from Colorado Springs, Colorado, to Sacramento, California, which is the place where his appearance is required; to direct the United States Marshal to furnish Benjamin Budoff with an amount of

1  money for subsistence and lodging expenses during his stay for jury trial which is expected to
2  last four weeks and where his appearance is required, not to exceed the per diem amount
3  authorized under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C.
4  Section 4285; and to furnish the fare for such transportation for Mr. Budoff's return after
5  completion of jury trial from Sacramento, California to Colordo Springs, Colorado.

7  Dated: July 31, 2013                              Respectfully submitted,

9                                                           _____*/s/*_____
                                                      DWIGHT M. SAMUEL
10                                                    Attorney for Defendant
                                                      BENJAMIN BUDOFF

Case 2:08-cr-00116-KJM   Document 322   Filed 08/06/13   Page 4 of 4

**ORDER**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA. GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Benjamin Budoff, with one-way transportation from Colorado Springs, Colorado, to Sacramento, California, on September 5, 2013, for Mr. Budoff's appearance at the pre-trial motions in limine hearing on September 6, 2013, at 9:00 a.m. in the United States District Court for the Eastern District of California, and for his mandatory appearance at his jury trial commencing on Monday, September 9, 2013 at 1:30 p.m., in the United States District Court for the Eastern District of California; and to furnish Benjamin Budoff with an amount of money for subsistence and lodging from the date of the pre-trial motions in limine hearing, which is September 5, 2013 through October 4, 2013, which is the expected duration of jury trial at which his personal appearance is required, not to exceed the per diem amount authorized under Section 5702(a) of Title 5, United States Code and pursuant to 18 U.S.C. Section 4285; and for Mr. Budoff's one-way return after the completion of his jury trial from Sacramento, California, to Colorado Springs, Colorado, at a date to be determined.

Mr. Budoff is indigent and financially unable to travel to Sacramento, California, and return to Colorado Springs, Colorado, without transportation expenses, and is financially unable to pay for subsistence and lodging during the expected four week jury trial. This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: August 5, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE