Dwight M. Samuel (SBN 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193, DwightSamuelatty@yahoo.com

Attorney for Defendant
BENJAMIN BUDOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>  v.<br><br>BENJAMIN BUDOFF, et, al.,<br><br>  Defendants. | Case No.:   08-CR-116 KJM<br><br>APPLICATION FOR TRANSPORTATION, ORDER; ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. 4285 |

**Procedural History**

In this matter, it is anticipated that defendant Benjamin Budoff's hearing on pre-trial motions in limine will be held on October 16, 2013, at 9:00 a.m. before United States District Judge Kimberly J. Mueller. Mr. Budoff's jury trial is set to commence on Monday, October 21, 2013 at 9:00 a.m. and is expected to last approximately six weeks. Mr. Budoff's personal appearance is required at trial and only two days separate the hearing on pre-trial motions in limine and jury trial Additionally, it is important that Mr. Budoff be present in Sacramento the week prior to trial in order to meet and confer with counsel in preparation for trial. Mr. Budoff resides in Colorado Springs, Colorado, is indigent and unable to afford transportation to Sacramento, California, where his personal appearance is required for trial, nor does he has funds for subsistence.

**Application**

Application is hereby made for an Order for transportation for defendant Benjamin Budoff to enable him to attend the pre-trial motions in limine hearing in the above-referenced matter scheduled for October 16, 2013, at 9:00 a.m. before the Honorable Kimberly J. Mueller, through the completion of jury trial, which is expected to last approximately six weeks.

Mr. Budoff has advised counsel that he is unable to afford travel from October 15, 2013, through the completion of an expected six week jury trial. As such, Mr. Budoff is requesting an Order authorizing the following:

1. Mr. Budoff is requesting an Order authorizing the arrangement of transportation for his one-way travel from Colorado Springs, Colorado, to Sacramento, California, on October 15, 2013, so that he may confer with counsel after his arrival and before the pre-trial motions in limine hearing on October 16, 2013, and the commencement of his jury trial on October 21, 2013, pursuant to 18 U.S.C. Section 4285.

2. Mr. Budoff is requesting an Order authorizing the arrangement of transportation for his one-way travel after jury trial from Sacramento, California, to Colorado Springs, Colorado, at a date to be determined, pursuant to 18 U.S.C. Section 4285.

In addition, Mr. Budoff is requesting to direct the United States Marshal to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. § 4285(a) pursuant to Title 18 U.S.C. § 4285.

Respectfully submitted,

Dated: October 3, 2013

   */s/ Dwight M. Samuel*
Dwight M. Samuel
Attorney for Defendant
Benjamin Budoff

**ORDER** [PROPOSED]

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA. GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Benjamin Budoff, with one-way transportation from Colorado Springs, Colorado, to Sacramento, California, on October 15, 2013, for Mr. Budoff's appearance at the pre-trial motions in limine hearing on October 16, 2013, at 9:00 a.m. in the United States District Court for the Eastern District of California, and for his mandatory appearance at his jury trial commencing on Monday, October 21, 2013 at 9:00 a.m., in the United States District Court for the Eastern District of California and for Mr. Budoff's one-way return after the completion of his jury trial from Sacramento, California, to Colorado Springs, Colorado, at a date to be determined.

Mr. Budoff is indigent and financially unable to travel to Sacramento, California, and return to Colorado Springs, Colorado, without transportation expenses. This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE