DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
BENJAMIN BUDOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>BENJAMIN BUDOFF,<br><br>              Defendant. | No.  08-CR-116 KJM<br><br>REQUEST FOR TRAVEL FEES AND PROPOSED ORDER |

     Defendant Benjamin Budoff, by and through his court appointed counsel, Dwight M. Samuel, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. Budoff to travel to and from the February 26, 2014 Court appearance  before the Honorable Kimberly J. Mueller District Court Judge. Mr. Budoff is scheduled to appear on Wednesday, February 26, 2014, at 9:00 a.m., on the 15 floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

     Mr. Budoff resides Colorado Springs Colorado. Mr. Budoff is requesting, this court order funding for travel from Colorado Springs, Colorado to Sacramento, California. Mr. Budoff would travel on Tuesday, February 25 to meet with his investigators and attorney and then appear at 9:00 a.m., on Wednesday, February 26, 2014, before the District Court.

Mr. Budoff is requesting the court order payment for a return flight from Sacramento California to Colorado Springs, Colorado.

In the interests of justice the Court is requested to direct the United States Marshal's Office to arrange for Benjamin Budoff's means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, February 25, 2014, air fare from Colorado Springs, Colorado, to fly Mr. Budoff to the Sacramento International Airport, then to provide transportation for Mr. Budoff from the Sacramento International Airport to his lodging on Tuesday, February 25, 2014.

2- On Wednesday, February 26, 2014, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the Denver International Airport.

3- On Wednesday, February 26, 2014, for air fare from Sacramento, California, to fly Mr. Budoff to Colorado Springs, Colorado.

In addition, this Court is requested to direct the United States Marshall to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

Date: February 7, 2014                           Respectfully submitted,

                                                                   */s/ Dwight M. Samuel*

                                                              Dwight M. Samuel
                                                              Attorney for Defendant
                                                              Benjamin Budoff

ORDER

GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE

1. The court finds Mr. Budoff is indigent and financially unable to travel from Colorado Springs, Colorado to Sacramento, California, and back, without transportation and lodging and subsistence expenses.

2. Pursuant to Title 18 U.S.C. section 4285, the Court hereby ORDERS that the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Benjamin Budoff with round trip transportation/and or funds as follows:

    a. On Tuesday, February 25, 2014, from Colorado Springs, Colorado, to the Sacramento International Airport, and thereafter to his lodging in Sacramento;

    b. On Wednesday, February 26, 2014, from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and thereafter to Colorado Springs, Colorado.

3. In addition, this Court ORDERS the United States Marshal to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

Dated: February 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE