DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
BENJAMIN BUDOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN BUDOFF,<br><br>    Defendant. | No.  08-CR-116 KJM<br><br>Benjamin Budoff,<br><br>REQUEST FOR TRAVEL FEES AND ~~PROPOSED~~ ORDER |

Defendant Benjamin Budoff, by and through his court appointed counsel, Dwight M. Samuel, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. Budoff to travel to and from the December 10, 2014 Court appearance  before the Honorable Kimberly J. Mueller District Court Judge. Mr. Budoff is scheduled to appear on Wednesday, December 10, 2014, at 9:00 a.m., on the 15 floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

Mr. Budoff resides in Colorado Springs Colorado. Mr. Budoff is requesting, this court order funding for travel from Colorado Springs, Colorado to Sacramento, California. Mr. Budoff would travel on Tuesday, December 9, 2014 to meet with his investigators and attorney and then appear at 9:00 a.m., on Wednesday, December 10, 2014, before the District Court.

Mr. Budoff is requesting the court order payment for a return flight from Sacramento California to Colorado Springs, Colorado.

In the interests of justice the Court is requested to direct the United States Marshal's Office to arrange for Benjamin Budoff's means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, December 9, 2014, air fare from Colorado Springs, Colorado, to fly Mr. Budoff to the Sacramento International Airport, then to provide transportation for Mr. Budoff from the Sacramento International Airport to his lodging on Tuesday, February 25, 2014.

2- On Wednesday, December 10, 2014, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the Denver International Airport.

3- On Wednesday, December 10, 2014, for air fare from Sacramento, California, to fly Mr. Budoff to Colorado Springs, Colorado.

In addition, this Court is requested to direct the United States Marshall to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

Date: December 2, 2014                                     Respectfully submitted,

                                                              */s/ Dwight M. Samuel*

                                                              Dwight M. Samuel
                                                              Attorney for Defendant
                                                              Benjamin Budoff

/////

/////

/////

/////

ORDER

GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Benjamin Budoff with round trip transportation as follows:

1- On Tuesday, December 9, 2014, air fare from Colorado Springs, Colorado, to fly Mr. Budoff to the Sacramento International Airport, then to provide transportation for Mr. Budoff from the Sacramento International Airport to his lodging on Tuesday, December 10, 2014.

2- On Wednesday, December 10, 2014, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport.

3- On Wednesday, December 10, 2014, for air fare from Sacramento, California, to fly Mr. Budoff to Colorado Springs, Colorado.

In addition, this Court is directing the United States Marshall to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

The court further finds Mr. Budoff is indigent and financially unable to travel from Denver to Sacramento and return to Denver, without transportation and lodging and subsistence expenses.

This request is authorized pursuant to Title 18 U.S.C. section 4285.

Dated:  December 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE